Ryan Tikker, State Bar No. 312860
**SEYFARTH SHAW LLP**
2029 Century Park E, Ste 3500
Los Angeles, California 90067
Telephone: 310-277-7200

Attorney for  Bytedance Inc.
Health And Welfare Committee;
and Bytedance Inc. Short Term
Disability Plan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENGJUN LI,<br><br>    Plaintiff,<br><br>vs.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; BYTEDANCE INC. HEALTH AND WELFARE COMMITTEE; and BYTEDANCE INC. SHORT TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.: 4:25-cv-09094-JST<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Assigned to the Honorable Jon S. Tigar<br>United States District Judge |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties in the above-entitled action have reached a conditional settlement of all claims asserted herein. The parties are in the process of documenting the terms of the settlement and anticipate filing a Stipulation for Dismissal of this action, with prejudice, upon the finalization and execution of a written settlement agreement.

The parties respectfully request that the Court vacate all currently pending dates, deadlines, and hearings in this matter for a period of sixty (60) days to allow the parties

sufficient time to complete the settlement documentation and to file the appropriate dismissal papers with the Court.

In the event the settlement is not finalized within the sixty (60) day period, the parties will promptly notify the Court and request that the Court reinstate any previously scheduled dates or set a status conference to address the further progress of the case.

Dated: June 18, 2026

Respectfully submitted,

**LAW OFFICE OF GRANT INGRAM**

By: _____*Grant Ingram*_____
    Grant Ingram
    Attorney for Plaintiff Shengjun Li

**SEYFARTH SHAW LLP**

By: /s/ Ryan Tikker_____
    Ryan Tikker
    Attorney for Bytedance Inc.
    Health And Welfare Committee;
    and Bytedance Inc. Short Term
    Disability Plan

**RUSSELL & WONG**

By: /s/ Lauren Wong_____
    Lauren A. Wong
    Attorney for Sedgwick Claims Management
    Services, Inc.